**Dismissed and Memorandum Opinion filed November 5, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00153-CV

## ALEX HITZ AND THE BEVERLY HILLS KITCHEN, Appellants

## V.

## SCOTT HOLSTEAD, Appellee

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2014-16947**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 19, 2014. The clerk's record was filed August 7, 2015. No reporter's record was taken. No brief was filed.

On September 22, 2015, this court issued an order stating that unless appellant submitted a brief on or before October 22, 2015, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, McCally and Wise.